UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THEODORE TUFTE,<br><br>      Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>      Defendant. | Case No. C18-0860JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The court GRANTS Plaintiff Theodore Tufte's *in forma pauperis* application (Dkt. # 1), and ORDERS:

(1) The Clerk shall issue summonses to Mr. Tufte.

(2) Mr. Tufte is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Mr. Tufte may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with Mr. Tufte's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 18th day of June, 2018.

                 JAMES L. ROBART
                 United States District Judge