1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9              SEATTLE DIVISION

10   THEODORE BURTON TUFTE,                    Civil No. 2:18-CV-00860-JLR

11        Plaintiff,

12        vs.                                  ORDER

13   COMMISSIONER OF SOCIAL SECURITY,

14        Defendant.

15        Based on the stipulation between the parties it is hereby ORDERED that the above-

16   captioned case be reversed and remanded for further administrative proceedings pursuant to

17   sentence four of 42 U.S.C. § 405(g).

18        On remand, the administrative law judge (ALJ) shall offer Plaintiff an opportunity for a

19   new hearing and issue a new decision. Upon remand, the Appeals Council will instruct the ALJ

20   to:

21   • further develop the record, as necessary;

22   • further assess Plaintiff's residual functional capacity in accordance with SSR 96-8p, and

23        incorporate restrictions from his impairment of obesity;

24

- further evaluate the medical opinion evidence and subjective symptoms; and

- obtain vocational expert evidence to clarify the effect of the assessed limitations on

  Plaintiff's ability to perform other work existing in the national economy.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to

Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 26th day of November 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (866) 495-0039 x 35143
Fax:  (206) 615-2531
jamala.edwards@ssa.gov